**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26-CR-00298 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JAMES E. |
| | ) | GRIMES, JR. |
| JUSTIN STOKLEY, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING** |
| Defendant. | ) | **PLEA OF GUILTY AND REFERRING** |
| | ) | **THE MATTER FOR PREPARATION** |
| | ) | **OF A PRESENTENCE REPORT** |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge James E. Grimes, Jr. recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 19). This matter was previously referred to the Magistrate Judge to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (Order [non-document] dated Jul. 14, 2026); *see also* (ECF No. 18) (consent to referral order).

On June 23, 2026, the government filed a one count Indictment alleging that Defendant violated 18 U.S.C. §922(g)(1) (felon in possession of a firearm and ammunition). (ECF No. 1). On August 27, 2026, Defendant filed a Notice of Intent to Plead with Proposed Plea Agreement. (ECF No. 17).

Following the Court's Order of Referral, Magistrate Judge Grimes held a change of plea hearing on September 22, 2026, during which the Defendant entered a plea of guilty to the Indictment. (ECF No. 20, Tr. of hr'g, PageID #94-159; Minutes of proceedings [non-document]

dated 9/22/2026). The same day, Magistrate Judge Grimes issued an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 19). Any objections to the R&R were due on October 6, 2026. (*Id.* at PageID #28). Neither party has objected to the R&R.

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied being threatened into entering the plea and confirmed that no promises have been made to him, other than those contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of Count 1 of the Information, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). This matter is hereby referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for January 7, 2027, at 10:00 AM.

**IT IS SO ORDERED.**

**Date: October 15, 2026**

Charles Fleming

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**